

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

___

No. 07-20-00042-CV

___

RORY CALHOUN, APPELLANT

V.

METROPLEX HOMES, LLC, APPELLEE

___

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2019-008620-1, Honorable Don Pierson, Presiding

___

May 5, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant Rory Calhoun appeals from the trial court's judgment in favor of appellee Metroplex Homes, LLC. Calhoun's brief was originally due on April 6, 2020, but was not filed. By letter of April 14, 2020, we notified Calhoun that the appeal would be dismissed for want of prosecution if his brief was not received by April 24, 2020. To date, we have not received a brief, a motion to extend the deadline for filing same, or any further communication from Calhoun.

Accordingly, we dismiss the appeal for want of prosecution.[1] TEX. R. APP. P. 38.8(a)(1).

Per Curiam

---

[1] On April 2, 2020, Metroplex Homes filed a motion to dismiss the appeal. The motion is rendered moot.